# SIGN-IN SHEET

**JUDGE:** Goldblatt   **COURTROOM:** 7

**CASE NUMBER:** 24-10267   **CASE NAME:** Smallhold, Inc.   **DATE:** 8/22/2024 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joseph Cudia | UST | UST |
| Jami Nimeroff | Subchapter V trustee | |
| Joseph Barsalona | Pashman Stein | Debtor |
| Henry Jaffe | ↓ | ↓ |
| Alex B Giambale | | |
| Amy Oden | ↓ | ↓ |
| Tariq Jawad | Smallhold | client |
| Rosa S Fox | UST | UST |
| Chris Ward | K1/Kapital Holdings | Pelinelli |

Smallhold, Inc.
24-10267

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Adam | DeMartino | none | self | Video and Audio |
| James | Dunn | Monomyth Group | Monomyth Group | Video and Audio |
| John | Elrod | Greenberg Traurig, LLP | Monomyth Sponsor Group, LLC | Video and Audio |
| Dennis | Meloro | Greenberg Traurig, P.A | Monomyth | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
| Emily | Young | Epiq Corporate Restructuring, LLC | Epiq | Video and Audio |
| | | | | |