## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Smallhold, Inc.,[1] | Case No. 24-10267 (CTG) |
| Debtor. | (Subchapter V) |

### NOTICE OF CANCELLATION OF SEPTEMBER 4, 2024 OMNIBUS HEARING

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled to be held in the above-captioned chapter 11 case on September 4, 2024 at 1:00 p.m. (ET) **has been cancelled** with the permission of the Court.

Dated: August 28, 2024
       Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Alexis R. Gambale*
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 North Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com
      agambale@pashmanstein.com

Amy M. Oden (admitted *pro hac vice*)
370 Lexington Avenue, Suite 505
New York, New York 10017
Telephone: (646) 828-8081
Email: aoden@pashmanstein.com

*Counsel to the Debtor and Debtor in Possession*

---

[1] The last four digits of the Debtor's federal tax identification number are 8880. The Debtor's mailing is 285 Nostrand Avenue #1066, Brooklyn, NY 11216.